**No. 14-0766 –** *State of West Virginia ex. rel. Ford Motor Company, et al. v.*
*The Honorable David W. Nibert*

**FILED**

April 9, 2015

**RORY L. PERRY II, CLERK**
**SUPREME COURT OF APPEALS**
**OF WEST VIRGINIA**

Justice Ketchum, concurring:

I agree that this case should be remanded for the trial judge to make specific findings of fact and conclusions of law as required by West Virginia Code § 56-1-1(e).

My reading of the record, West Virginia Code § 56-1-1, and our case law lead me to believe, without any doubt, that the proper forum is Michigan. Nevertheless, the trial judge may have seen something I missed and should be allowed to make specific findings and conclusions before this Court rules.